DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEARLINE WILLIAMS,**
Appellant,

v.

**CITIMORTGAGE, INC.,**
Appellee.

No. 4D19-1325

[May 21, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE-17-010399.

James Jean-Francois of Law Offices of James Jean-Francois, P.A., Hollywood, for appellant.

Lindsay R. Rich of First American Law Group, Tampa, for appellee.

PER CURIAM.

*Affirmed.*[1]

LEVINE, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] We are mindful of the issuance of Administrative Order SC20-23 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-121 (extending, until 12:01 a.m. on June 2, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.